UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-00198-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ASHLEY NICOLE CROSS, )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**TAKE NOTICE** that a hearing on the United States's Motion in Limine, (Doc. No. 30, pp. 19–22), regarding the admissibility of testimony by Defendant's expert witness, Shameca D. Ricks, MSW, LCSW, under Federal Rule of Evidence 702 will take place before the undersigned on Tuesday, May 7, 2024, at 11:00 a.m. in Courtroom #5B of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. The Court **ORDERS** Shameca D. Ricks, MSW, LCSW, to be present for the hearing.

**IT IS SO ORDERED.**

Signed: May 2, 2024

Frank D. Whitney
United States District Judge

1